MICHAEL BAILEY
United States Attorney
District of Arizona
JACKSON STEPHENS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: jackson.stephens@usdoj.gov
Attorneys for Plaintiff

FILED

2020 JAN 22  AM 11: 02

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR20-00276 TUC-FRZ(EJM) |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Violation: |
| Carlos Alonso Torres-Torres, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(2)) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about December 27, 2019, in the District of Arizona, to wit: at or near Three Points, Carlos Alonso Torres-Torres, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about January 17, 2009, and not having obtained the express consent of the Attorney General or the Secretary of the Department

///

of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   January 22, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

JACKSON STEPHENS
Assistant United States Attorney